Harold F. Kidd and Angeline J. Kidd, Appellants, v. E. T. Marquardt, Appellee.

Gen. No. 45,282.

Joseph Keig, for appellants; Lloyd W. Lehman, for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full. Opinion filed September 25, 1951; released for publication October 16, 1951.